IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON WARD, ET AL.,**  **PLAINTIFFS**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.   No. 4:20-cv-704-BRW

**WELSPUN PIPES, INC., WELSPUN**  **DEFENDANTS**
**TUBULAR, LLC, and WELSPUN USA, INC.**

## JOINT MOTION FOR SETTLEMENT CONFERENCE

COME NOW Plaintiffs Brandon Ward, Willie Aikens, Austin Aldridge, Terrance Banks, Ronald Brown, Enola Byrd, Corey Clawson, John Cory, Justin Duncan, Aaron English, Christopher Fitzhugh, Ervin Franklin, Ashish Gabhawala, robin Gray, Anthony Gray, Gregory Hadley, Jr., Jessica Harris, Kelvin Hawkins, Fredricks Jackson, James Johnson, Jalen Lambert, John Loukota, Boukary Mamane, Charles Maris, Charles Michael Maxwell, Cynthia McLain, Antwan Mitchell, Royce Murphy, Kenneth Nordeck, Carlos Pace, Nilesh Patel, Antonio Perry, Francisco Ramirez, Hernan Rivera, Matthew Robbins, Santos Meija Rodriguez, Serrell Ross, Rickey Sain, Michael Simpson, Will Small, Darryl Stokes, Kaylon Strain, Lanphia Tarawally, James Throne, Larry Tripp, Ezel Truitt, Larry Tyson, Juan Manuel Vladez Alvarez, Wayne Walker, Derrick D. Webb, and Melvin Williams and Defendants Welspun Pipes, Inc., Welspun Tubular, LLC, and Welspun USA, Inc., (collectively, the "Parties"), by and through their respective undersigned counsel, and for their Joint Motion for Settlement Conference, hereby state as follows:

1. The Parties exchanged information and documents to each other and have engaged in communications seeking a resolution of this matter. The Parties currently believe that they may be able to settle the claims in this lawsuit without further litigation through a magistrate judge settlement conference.

2. The Parties hereby jointly move the Court to refer this case to a magistrate for a settlement conference to be held at the magistrate's earliest convenience.

3. The Parties do not believe that any extension of the current deadlines are necessary at this time.

WHEREFORE, Plaintiffs and Defendants respectfully request that their Joint Motion for Settlement Conference be granted and for all other relief to which they may be entitled.

Respectfully submitted,

**BRANDON WARD, ET AL., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar. No. 2001037
josh@sanfordlawfirm.com

**and   WELSPUN PIPES, INC., WELSPUN TUBULAR, LLC, and WELSPUN USA, INC., DEFENDANTS**

CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035

J. Bruce Cross
Ark. Bar No. 74085
bcross@cgwg.com

*/s/ Greg Northen*
Gregory J. Northen
Ark. Bar No. 2011181
gnorthen@cgwg.com